# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JILL L. CHINN, AS EXECUTRIX OF THE ESTATE OF THOMAS R. CHINN & JILL L. CHINN<br><br>　　　　*Plaintiffs,*<br><br>**v.**<br><br>UNITED STATES OF AMERICA,<br><br>　　　　*Defendant*. | §<br>§<br>§<br>§  CIVIL ACTION NO. 2:19-CV-00131-JRG<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION FOR ADMINISTRATIVE CLOSURE OF CASE

On November 5, 2020, the Parties reached a basis for settlement in this case. The Parties jointly move that this case be administratively closed and any party may ask that the cause of action be returned to the active docket in order to proceed before the Court or for the purpose of filing a motion to dismiss this case with prejudice upon satisfaction of the agreed-upon settlement terms.

Dated: November 13, 2020.　　　　　　　Respectfully submitted,

By:

　　/s/ Mary E. Wood　　　　　　　
　　Mary E. Wood (Lead Attorney)
　　State Bar No. 24047137
　　Josh O. Ungerman
　　State Bar No. 20393150
　　Jeffrey M. Glassman
　　State Bar No. 24090128

MEADOWS, COLLIER, REED
COUSINS, CROUCH & UNGERMAN, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
ATTORNEYS FOR PLAINTIFFS

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ David G. Adams　　　　　　
DAVID G. ADAMS
State Bar No. 00793227
MICHAEL W. MAY
State Bar No. 24054882
Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9737/9730
Fax: (214) 880-9742
david.g.adams@usdoj.gov
michael.w.may@usdoj.gov
ATTORNEYS FOR THE UNITED STATES

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the forgoing document was served on all counsel of record through the Court's CM/ECF system on November 13, 2020

                      Respectfully submitted,

                      By:    <u>/s/ Jeffrey M. Glassman</u>
                               Jeffrey M. Glassman