# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **JILL L. CHINN, AS EXECUTRIX OF THE ESTATE OF THOMAS R. CHINN & JILL L. CHINN** § § § § | |
| *Plaintiffs,* § | **CIVIL ACTION NO. 2:19-CV-00131-JRG** |
| **v.** § § | |
| **UNITED STATES OF AMERICA,** § § | |
| *Defendant.* § | |

## ORDER

BEFORE THE COURT is the Parties' Joint Motion for Administrative Closure of Case. The Court, having considered the motion, finds that the motion is well taken and should be GRANTED. Therefore, it is

**ORDERED** that this case is administratively closed. Any party may ask that the cause of action be returned to the active docket in order to proceed before the Court or for the purpose of filing a motion to dismiss this case with prejudice upon satisfaction of the agreed-upon settlement terms.

**So ORDERED this**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE